UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BARKSDALE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CORRECTIONAL OFFICER JUAN, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00393-JDP<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in San Joaquin County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, I will transfer this action to the Sacramento Division. I have already granted plaintiff's request to proceed in forma pauperis.

1

It is hereby ordered that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

    United States District Court

    Eastern District of California

    501 "I" Street, Suite 4-200

    Sacramento, CA 95814

3. This court has granted plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   October 15, 2019                                     
                                                UNITED STATES MAGISTRATE JUDGE

No. 204